Hans Federer, Respondent, v. Joseph Harris, Appellant.— Motion denied, without costs. Present — Jenks, P. J., Burr, Thomas, Carr and Putnam, JJ.

Timothy M. Griffing, Plaintiff, v. Edward Ward Vanderbilt and Others, Defendants.— Motion granted on defendants giving a bond in the sum of $2,000, within ten days, to indemnify plaintiff against loss pending the hearing and determination of the case; otherwise, motion denied, with ten dollars costs. Present — Jenks, P. J., Burr, Thomas, Carr and Putnam, JJ. Order to be settled before Mr. Justice Carr.

In the Matter of the Accounting of John Oscar Ball, as Trustee, etc., of Mary Caulfield, Deceased, etc.— Motion to dismiss appeal denied on condition that the appellant perfect his appeal, place the case on the May calendar and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Jenks, P. J., Burr, Carr, Stapleton and Putnam, JJ.

In the Matter of the Application of Edward J. Belford for a Writ of Mandamus Directed to Alfred E. Steers, as President, etc.— Motion granted, without costs. Present — Jenks, P. J., Burr, Thomas, Carr and Putnam, JJ.

In the Matter of the Application of Louis Fischer for a Writ of Mandamus against the Faculty of the New York University.— Motion for mandamus denied, without costs, on the ground that the faculty of the New York University, in passing on the qualifications of the petitioner, acts as a quasi-judicial body, whose determination cannot be reversed by mandamus (*People ex rel. Jones* v. *N. Y. Homeopathic Medical College & Hospital*, 47 N. Y. St. Repr. 395); also in that this court has original jurisdiction to grant the writ of mandamus only to a judge or judges (Code Civ. Proc. § 2069), and further, that the remedy by alternative writ of mandamus has been passed upon by the Special Term, and denied by order of Mr. Justice Blackmar, February 26, 1914. Present — Jenks, P. J., Burr, Thomas, Carr and Putnam, JJ.